IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ANTHONY WARD,<br><br>      Defendant. | **Case No.:** CR 24–00499 HSG<br><br>**ORDER TO CONTINUE STATUS HEARING TO APRIL 30, 2025, AND TO EXCLUDE TIME FROM MARCH 12, 2025 THROUGH APRIL 30, 2025** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of March 12, 2025, is vacated and reset for a status hearing on April 30, 2025, at 2:00 p.m. The Court further finds that the ends of justice served by excluding time from March 12, 2025 through April 30, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the failure to exclude time would deny counsel for Mr. Ward the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, and with the consent of the parties, it is FURTHER ORDERED that time from March 12, 2025 through April 30, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

      IT IS SO ORDERED.

Dated:    3/7/2025

_____
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER TO CONTINUE AND TO EXCLUDE TIME
*WARD*, CR 24–00499 HSG