IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY WARD,<br><br>　　　　Defendant. | Case No.: CR 24–499 HSG<br><br>**ORDER REGARDING RULE 17(B) AND (C) SUBPOENAS** |

IT IS HEREBY ORDERED that the Office of the Federal Public Defender, Northern District of California, is authorized to issue subpoenas duces tecum, commanding the production of responsive materials from the personnel files of the following officers of the Oakland Police Department: Brandon Beal, Avjeet Mann, Jesse Aguilar, Robert Espejo, Elliot Diaz, and Brandon Pelayo.

IT IS SO ORDERED.

Dated:   10/21/2025

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge