IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY WARD,<br><br>Defendant. | Case No.: CR 24–00499 HSG<br><br>**ORDER TO VACATE EVIDENTIARY HEARING DATE AND TO SET CASE FOR STATUS CONFERENCE RE: SENTENCING** |

Based on the reasons provided in the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the evidentiary hearing date of November 5, 2025, at 10:00 a.m., is vacated, and this case is reset for a status hearing regarding sentencing on November 19, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 11/3/2025

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge